**Motion Granted; Order filed March 31, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00111-CV
_____

### PATRICK WALSH, Appellant

### V.

### TEXAS DEPARTMENT OF STATE HEALTH SERVICES, AND KEN PAXTON, ATTORNEY GENERAL OF TEXAS, Appellee

**On Appeal from the 261st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-18-000603**

## ORDER

Appellant, Patrick Walsh, filed a notice of appeal from the trial court's final judgment signed December 23, 2019. The complete record was filed January 21, 2020. The parties filed a joint motion for a briefing schedule. The motion is granted. Accordingly, we order the following:

- Appellant's brief is due **April 14, 2020**;
- Appellee's brief is due **June 12, 2020**;
- Any reply briefs are due **July 13, 2020**.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.